County of Allegheny, Appellant *v.* John Rangos,
Appellee.

Argued November 2, 1978, before Judges MENCER,
DiSALLE and CRAIG, sitting as a panel of three.

*Alexander J. Jaffurs,* County Solicitor, with him
*Samuel P. Kamin,* Assistant County Solicitor, for appellant.

*George Shorall,* for appellee.

OPINION BY JUDGE DiSALLE, December 14, 1978:

This is an appeal by the County of Allegheny from
a jury award in a condemnation case. A Board of
Viewers awarded John Rangos, the condemnee, $296,-
500.00. Following his appeal to the Court of Common Pleas of Allegheny County, a jury awarded him
$575,000.00. The County moved for a new trial or,
in the alternative, judgment n.o.v. Following a hearing before the court en banc, the County's motion was
dismissed, and it appealed to this Court. We affirm
on the basis of Judge WEKSELMAN's comprehensive
opinion dated January 4, 1978, which can be found
at No. 1500 July Term, 1970, of the Civil Division of
the Court of Common Pleas of Allegheny County.

## Order

And Now, this 14th day of December, 1978, the order of the Court of Common Pleas of Allegheny dated January 4, 1978, is hereby affirmed on the opinion of the lower court which can be found at No. 1500 July Term, 1970, of the Civil Division of the Court of Common Pleas of Allegheny County.